United States District Court
Southern District of Texas
**ENTERED**
August 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-1726 |
| | § | |
| HOUSTON BOULEVARD | § | |
| PROPERTIES, INC. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed on August 6, 2024 (Doc. No. 13), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED this _15th_ day of August 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE